*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Reginald Rico Geter
    Debtor(s)

Case No: 16–17148–elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motions to dismiss for failure to make payments and for unreasonable delay filed by William C. Miller, Esq.

    on: 12/5/17

    at: 10:00 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/23/17

Timothy B. McGrath
Clerk of Court

56 – 22, 41
Form 167