# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Reginald Rico Geter<br>　　　　　Debtor<br><br>MIDFIRST BANK<br>　　　　　Movant<br>　　vs.<br><br>Reginald Rico Geter<br>　　　　　Debtor<br><br>William C. Miller<br>　　　　　Trustee | CHAPTER 13<br><br><br><br><br>NO. 16-17148 ELF<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Motion of MidFirst Bank for Relief from the Automatic Stay Under Section 362 which was filed with the Court on or about September 20, 2017 (Doc. No. 46).

                          Respectfully submitted,

                          **/s/ Matteo S. Weiner, Esquire**
                          Matteo S. Weiner, Esquire
                          Attorney for Movant
                          KML Law Group, P.C.
                          BNY Mellon Independence Center
                          701 Market Street, Suite 5000
                          Philadelphia, PA  19106
                          215-627-1322

October 30, 2017