IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------x
In re:                                        :
                                              :    In Chapter 13
      REGINALD RICO GETER                     :
                                              :    Bankruptcy No. 16-17148 (ELF)
                            Debtor.           :
-------------------------------------------------------x

## PRAECIPE TO WITHDRAW OBJECTION

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed Chapter 13 Plan (Document #38) which was filed on June 7, 2017.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　THE CITY OF PHILADELPHIA

Dated: February 9, 2018　　　　By:　　*/s/ Megan N. Harper*
　　　　　　　　　　　　　　　　　　　MEGAN N. HARPER
　　　　　　　　　　　　　　　　　　　Deputy City Solicitor
　　　　　　　　　　　　　　　　　　　PA Attorney I.D. 81669
　　　　　　　　　　　　　　　　　　　Attorney for the City of Philadelphia
　　　　　　　　　　　　　　　　　　　City of Philadelphia Law Department
　　　　　　　　　　　　　　　　　　　Municipal Services Building
　　　　　　　　　　　　　　　　　　　1401 JFK Boulevard, 5th Floor
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19102-1595
　　　　　　　　　　　　　　　　　　　215-686-0503 (phone)
　　　　　　　　　　　　　　　　　　　Email: Megan.Harper@phila.gov