IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :     Chapter 13

Reginald Rico Geter             :     No. 16-17148- elf
   Debtor

CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 3015.1

   I, David M. Offen, Esquire, Attorney for the above-named Debtor(s) hereby certify that a copy of the Debtor's Amended Chapter 13 Plan has been served on all priority, secured and unsecured creditors or their counsel.

Date: March 1, 2018            /s/ David M. Offen
                                   David M. Offen
                                   Attorney for Debtor(s)