```
           IN THE UNITED STATES BANKRUPTCY COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


   IN RE:                        CHAPTER 13

   Reginald Rico Geter           No. 16-17148-ELF
     Debtor
```

# O R D E R

AND NOW, upon consideration of the Motion to Determine Valuation of Secured Debt of Santander Consumer USA, and after notice and hearing, it is hereby **ORDERED** that the Debtors' Motion is **GRANTED** and Santander Consumer USA's proof of claim (Claim No. 7-1) is **ALLOWED** as a secured claim in the amount of **$3,813.00** and a general unsecured claim in the amount of **$1,114.00**.

Date: 3/22/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**