United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Reginald Rico Geter  
       Debtor

Case No. 16-17148-elf  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Virginia | Page 1 of 1 | Date Rcvd: Mar 22, 2018 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2018.
db       +Reginald Rico Geter,   1121 Knorr Street,   Philadelphia, PA 19111-4929

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.       TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2018 at the address(es) listed below:
      BRIAN CRAIG NICHOLAS    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
      DAVID M. OFFEN    on behalf of Debtor Reginald Rico Geter dmo160west@gmail.com, davidoffenecf@gmail.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
      MEGAN N. HARPER    on behalf of Creditor    City of philadelphia megan.harper@phila.gov, james.feighan@phila.gov
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
      TOTAL: 6

```
                    IN THE UNITED STATES BANKRUPTCY COURT
                  FOR THE EASTERN DISTRICT OF PENNSYLVANIA


        IN RE:                         CHAPTER 13

        Reginald Rico Geter            No. 16-17148-ELF
           Debtor
```

# O R D E R

AND NOW, upon consideration of the Motion to Determine Valuation of Secured Debt of Santander Consumer USA, and after notice and hearing, it is hereby **ORDERED** that the Debtors' Motion is **GRANTED** and Santander Consumer USA's proof of claim (Claim No.7-1) is **ALLOWED** as a secured claim in the amount of **$3,813.00** and a general unsecured claim in the amount of **$1,114.00**.

Date: 3/22/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**