```
              IN THE UNITED STATES BANKRUPTCY COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


    IN RE:                           :     Chapter 13

    Reginald Rico Geter
          Debtor                     :     No.  16-17148-elf
```

CERTIFICATE OF SERVICE of FOURTH AMENDED PLAN

    I, David M. Offen, Esquire, Attorney for the above-named Debtor(s) hereby certify that a copy of the Debtor's Amended Chapter 13 Plan has been served on all priority and secured creditors as follows:

The following creditors have been served by First Class Mail on 3/16/18 as follows:

City of Philadelphia
Law Department Tax Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

MidFirst Bank
999 NorthWest Grand Boulevard
Oklahoma City, OK 73118

Santander Consumer USA
P.O. Box 660633
Dallas, TX 75266-0633

Chase Automotive Finance
P.O. Box 15594
Wilmington DE 19886

City of Philadelphia
1515 Arch Street, 15th Floor
Philadelphia PA 19102

City of Philadelphia
Department of Revenue
PO Box 41496
Philadelphia PA 19101-1496

Date:  March 16, 2018         /s/ David M. Offen
                                                 David M. Offen
                                                 Attorney for Debtor(s)