IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :       Chapter 13

Reginald Rico Geter
    Debtor                           :       No.  16-17148-elf

CERTIFICATE OF SERVICE of SIXTH AMENDED PLAN

    I, David M. Offen, Esquire, Attorney for the above-named Debtor(s) hereby certify that a copy of the Debtor's Sixth Amended Chapter 13 Plan has been served on all priority and secured creditors.

The following creditors have been served by First Class Mail:

MidFirst Bank
999 NorthWest Grand Boulevard
Oklahoma City, OK 73118

Santander Consumer USA
P.O. Box 660633
Dallas, TX 75266-0633

CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT
BANKRUPTCY GROUP - MSB
1401 JOHN F. KENNEDY BLVD, 5TH FLOOR
PHILADELPHIA, PA 19102-1595

JPMorgan Chase Bank, NA. National Bankruptcy Dept.
PO BOX 29505 AZ 1-1191
Phoenix, AZ 85038-9505

Date: May 1, 2018              /s/ David M. Offen
                                 David M. Offen
                                 Attorney for Debtor(s)