```
                    UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE:                          :       CHAPTER 13

Reginald Rico Geter             :       No. 16-17148-elf

**<u>PRAECIPE  TO  WITHDRAW</u>**

Pursuant to the above-captioned matter, kindly withdraw the Certificate of Service filed on May 1, 2018.

```
                            /s/ David M. Offen
                            David M. Offen, Esquire
                            Curtis Center, 1st Fl., Ste. 160 W
                            601 Walnut Street
                            Philadelphia, PA  19106
```

Dated: 5/1/2018