IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :     Chapter 13

Reginald Rico Geter
    Debtor                        :     No.  16-17148-elf

## AMENDED CERTIFICATE OF SERVICE of SIXTH AMENDED PLAN

    I, David M. Offen, Esquire, Attorney for the above-named Debtor(s) hereby certify that a copy of the Debtor's Sixth Amended Chapter 13 Plan has been served on all priority and secured creditors.

The following creditors have been served by electronic mail:

Megan N harper on behalf of City of Philadelphia
megan.harper@phila.gov

Kevin G McDonald on behalf of Midfirst Bank
bkgroup@kmllawgroup.com

The following creditors have been served by First Class Mail:

Santander Consumer USA
P.O. Box 660633
Dallas, TX 75266-0633

JPMorgan Chase Bank, NA. National Bankruptcy Dept.
PO BOX 29505 AZ 1-1191
Phoenix, AZ 85038-9505

Date: May 1, 2018              /s/ David M. Offen
                                        David M. Offen
                                        Attorney for Debtor(s)