```
           IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


      IN RE:                          : Chapter 13
   Reginald Rico Geter
        Debtor                        : No. 16-17148-elf
```

CERTIFICATE OF SERVICE of SEVENTH AMENDED PLAN

I, David M. Offen, Esquire, Attorney for the above-named Debtor(s) hereby certify that a copy of the Debtor's Seventh Amended Chapter 13 Plan has been served on all priority and secured creditors.

The following creditors have been served by electronic mail:

Megan N. Harper on behalf of City of Philadelphia
megan.harper@phila.gov

Kevin G. McDonald, Brian Craig Nicholas, and Matteo S. Weiner on behalf of Midfirst Bank:
bkgroup@kmllawgroup.com  bnicholas@kmllawgroup.com

The following creditors have been served by First Class Mail:

JPMorgan Chase Bank, NA. National Bankruptcy Dept.
PO BOX 29505 AZ 1-1191
Phoenix, AZ 85038-9505

```
Date: July 18, 2018                   /s/ David M. Offen
                                      David M. Offen
                                      Attorney for Debtor(s)
```