UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :        CHAPTER 13

Reginald Rico Geter        :        No. 16-17148-ELF

**PRAECIPE TO WITHDRAW**

Pursuant to the above-captioned matter, kindly withdraw the Application and Order for the Motion to Garnish Wages.

/s/ David M. Offen
David M. Offen, Esquire
Curtis Center, 1st Fl., Ste. 160 W
601 Walnut Street
Philadelphia, PA  19106

Dated: 7/18/18