IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Reginald Rico Geter           )   Chapter 13
                                       )
              Debtor                   )   16-17148-ELF
                                       )
                                       )

## ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for
Approval of Counsel Fees submitted by David M. Offen, Attorney
for the Debtor, and upon notice and certification of no objection
it is hereby ORDERED that:

Counsel fee in the amount of $3,500.00 and expenses in the
amount of $374.00 are allowed and the balance in the amount of
$3,874.00 shall be paid by the Chapter 13 Trustee to the extent
consistent with the terms of the confirmed plan.

8/29/18
_____          _____
DATED:                       ERIC L. FRANK
                             U.S. BANKRUPTCY JUDGE