# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Reginald Rico Geter<br>　　　　　Debtor<br><br>MIDFIRST BANK<br>　　　　　Movant<br>　　vs.<br><br>Reginald Rico Geter<br>　　　　　Debtor<br><br>William C. Miller<br>　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 16-17148 ELF<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Motion of MidFirst Bank for Relief from the Automatic Stay Under Section 362 which was filed with the Court on or about April 16, 2018 (Doc. No. 91).

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　215-627-1322

October 5, 2018