United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-17148-elf
Reginald Rico Geter                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Virginia          Page 1 of 2            Date Rcvd: Mar 27, 2019
                               Form ID: pdf900         Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2019.
db          +Reginald Rico Geter,   1121 Knorr Street,   Philadelphia, PA 19111-4929
13805081    +Collateral Adjustments,   2924 West Avenue,   Bristol, PA 19007-1610
13805082    +Convergent Outsourcing,   800 Sw 39th St,   Renton, WA 98057-4927
13866766     JPMorgan Chase Bank, NA. National Bankruptcy Dept.,   PO BOX 29505 AZ 1-1191,
             Phoenix, AZ 85038-9505
13805087    +KML Law Group,   Suite 5000 - BNY Independence Ctr.,   701 Market Street,
             Philadelphia, PA 19106-1538
13845435    +MidFirst Bank,   999 NorthWest Grand Boulevard,   Oklahoma City, OK 73118-6051
13805088    +Midland Mortgage Co,   Attn: Customer Service/Bankruptcy,   Po Box 26648,
             Oklahoma City, OK 73126-0648
13805089    +Midland Mtg/Midfirst,   999 Nw Grand Blvd,   Oklahoma City, OK 73118-6051
13805090    +Pallies Auto Sales I,   540a Delsea Dr,   Sewell, NJ 08080-2827
13805098     Santander Consumer USA,   P.O. Box 660633,   Dallas, TX 75266-0633
13805102    +Xerox Soluti,   Pob 41818,   Philadelphia, PA 19101-1818
13805091     philadelphia parking authority,   2467 grant avenue,   Philadelphia, PA 19114-1004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Mar 28 2019 02:48:08    City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 28 2019 02:47:44
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 28 2019 02:47:56    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           E-mail/Text: megan.harper@phila.gov Mar 28 2019 02:48:08    City of philadelphia,
             Law Department,   c/o Megan N. Harper,   1401 JFK Blvd., Rm 580,   Philadelphia, PA  19102
13805080     E-mail/Text: megan.harper@phila.gov Mar 28 2019 02:48:08    City of Philadelphia,
             Department of Revenue,   PO Box 41496,   Philadelphia, PA 19101-1496
13805079     E-mail/Text: megan.harper@phila.gov Mar 28 2019 02:48:09    City of Philadelphia,
             1515 Arch Street, 15th Floor,   Philadelphia, PA 19102
13891003    +E-mail/Text: megan.harper@phila.gov Mar 28 2019 02:48:09
             CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,   BANKRUPTCY GROUP - MSB,
             1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,   PHILADELPHIA, PA 19102-1640
13805077    +E-mail/Text: bk.notifications@jpmchase.com Mar 28 2019 02:47:31    Chase Auto Finance,
             National Bankruptcy Dept,   201 N Central Ave Ms Az1-1191,   Phoenix, AZ 85004-1071
13805078    +E-mail/Text: bk.notifications@jpmchase.com Mar 28 2019 02:47:31    Chase Automotive Finance,
             P.O. Box 15594,   Wilmington, DE 19886-0001
13805083    +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 28 2019 02:48:15
             Credit Collections Svc,   Po Box 773,   Needham, MA 02494-0918
13805084    +E-mail/Text: bankruptcy@kornerstonecredit.com Mar 28 2019 02:47:56    Crest Financial Serv,
             15 West Scenic Pointe,   Salt Lake City, UT 84020-6121
13805085    +E-mail/Text: bknotice@ercbpo.com Mar 28 2019 02:47:50    ERC/Enhanced Recovery Corp,
             8014 Bayberry Rd,   Jacksonville, FL 32256-7412
13805086    +E-mail/Text: bankruptcies@jnrcollects.com Mar 28 2019 02:48:16    Jnr Adjustme,
             P.O. Box 27070,   Minneapolis, MN 55427-0070
13826574    +E-mail/Text: bankruptcy@philapark.org Mar 28 2019 02:48:15    Philadelphia Parking Authority,
             701 Market Street Suite 5400,   Philadelphia, PA 19106-2895
13882599     E-mail/Text: bnc-quantum@quantum3group.com Mar 28 2019 02:47:32
             Quantum3 Group LLC as agent for,   Galaxy Portfolios LLC,   PO Box 788,
             Kirkland, WA  98083-0788
13805100    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 28 2019 02:47:23
             Verizon,   500 Technology Dr,   Suite 500,   Weldon Spring, MO 63304-2225
13805101    +E-mail/Text: bankruptcydept@wyn.com Mar 28 2019 02:47:57    Wyndham Vacation Own,
             10750 W Charleston Blvd,   Las Vegas, NV 89135-1049
                                                                            TOTAL: 17


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13805093*   +Roi Services, Inc.,   P.O. Box 39,   Zebulon, NC 27597-0039
13805094*   +Roi Services, Inc.,   P.O. Box 39,   Zebulon, NC 27597-0039
13805095*   +Roi Services, Inc.,   P.O. Box 39,   Zebulon, NC 27597-0039
13805096*   +Roi Services, Inc.,   P.O. Box 39,   Zebulon, NC 27597-0039
13805097*   +Roi Services, Inc.,   P.O. Box 39,   Zebulon, NC 27597-0039
13805103*   +Xerox Soluti,   Pob 41818,   Philadelphia, PA 19101-1818
13805104*   +Xerox Soluti,   Pob 41818,   Philadelphia, PA 19101-1818
13805092   ##+Roi Services, Inc.,   P.O. Box 39,   Zebulon, NC 27597-0039
13805099   ##+Trident Asst,   5755 N Point Pkwy Suite 12,   Alpharetta, GA 30022-1136
                                                                 TOTALS: 0, * 7, ## 2


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Virginia          Page 2 of 2          Date Rcvd: Mar 27, 2019
                             Form ID: pdf900          Total Noticed: 29
```

                    ***** BYPASSED RECIPIENTS (continued) *****

```
Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2019 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DAVID M. OFFEN    on behalf of Debtor Reginald Rico Geter dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          MEGAN N. HARPER    on behalf of Creditor    City of philadelphia megan.harper@phila.gov,
           karena.blaylock@phila.gov
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                           TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

REGINALD RICO GETER                          Chapter 13


                    Debtor                Bankruptcy No. 16-17148-ELF


**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.


**Date: March 27, 2019**

_____
        Eric L. Frank
        Bankruptcy Judge


William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-


Debtor:
REGINALD RICO GETER

1121 KNORR STREET

PHILADELPHIA, PA 19111