```
            IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


   IN RE:                            :     CHAPTER 13
        Reginald Rico Geter          :     No. 16-17148-ELF
          Debtor                     :
```

## CERTIFICATE  OF  SERVICE

I, David M. Offen, attorney for the above named Debtor, hereby certify that a true and correct copy of the Court Order dated May 1, 2019 was served upon all creditors and interested parties via first class mail on May 1, 2019 as follows:

Philadelphia Parking Authority
701 Market Street Suite 5400
Philadelphia, PA 19106

MidFirst Bank
999 NorthWest Grand Boulevard
Oklahoma City, OK 73118

JPMorgan Chase Bank, NA. National Bankruptcy Dept.
PO BOX 29505 AZ 1-1191
Phoenix, AZ 85038-9505

Quantum3 Group LLC as agent for
Galaxy Portfolios LLC
PO Box 788
Kirkland, WA 98083-0788

```
CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT
BANKRUPTCY GROUP - MSB
1401 JOHN F. KENNEDY BLVD, 5TH FLOOR
PHILADELPHIA, PA 19102-1595

Santander Consumer USA
P.O. Box 660633
Dallas, TX 75266-0633
```

/s/ David M. Offen
David M. Offen Esq.
Attorney for Debtor
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106
215-625-9600

5/1/19