United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-17148-elf
Reginald Rico Geter                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: Virginia            Page 1 of 2                     Date Rcvd: May 01, 2019
                                Form ID: pdf900           Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
db            +Reginald Rico Geter,    1121 Knorr Street,    Philadelphia, PA 19111-4929
13805081      +Collateral Adjustments,    2924 West Avenue,    Bristol, PA 19007-1610
13805082      +Convergent Outsourcing,    800 Sw 39th St,    Renton, WA 98057-4927
13866766       JPMorgan Chase Bank, NA. National Bankruptcy Dept.,    PO BOX 29505 AZ 1-1191,
                Phoenix, AZ 85038-9505
13805087      +KML Law Group,    Suite 5000 - BNY Independence Ctr.,    701 Market Street,
                Philadelphia, PA 19106-1538
13845435      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13805088      +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
                Oklahoma City, OK 73126-0648
13805089      +Midland Mtg/Midfirst,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
13805090      +Pallies Auto Sales I,    540a Delsea Dr,    Sewell, NJ 08080-2827
13805098       Santander Consumer USA,    P.O. Box 660633,    Dallas, TX 75266-0633
13805102      +Xerox Soluti,    Pob 41818,    Philadelphia, PA 19101-1818
13805091       philadelphia parking authority,    2467 grant avenue,    Philadelphia, PA 19114-1004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov May 02 2019 03:45:01     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 02 2019 03:44:20
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 02 2019 03:44:40     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: megan.harper@phila.gov May 02 2019 03:45:01     City of philadelphia,
                Law Department,    c/o Megan N. Harper,    1401 JFK Blvd., Rm 580,    Philadelphia, PA  19102
13805080       E-mail/Text: megan.harper@phila.gov May 02 2019 03:45:00     City of Philadelphia,
                Department of Revenue,    PO Box 41496,    Philadelphia, PA 19101-1496
13805079       E-mail/Text: megan.harper@phila.gov May 02 2019 03:45:01     City of Philadelphia,
                1515 Arch Street, 15th Floor,    Philadelphia, PA 19102
13891003      +E-mail/Text: megan.harper@phila.gov May 02 2019 03:45:01
                CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
                1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13805077      +E-mail/Text: bk.notifications@jpmchase.com May 02 2019 03:43:58     Chase Auto Finance,
                National Bankruptcy Dept,    201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
13805078      +E-mail/Text: bk.notifications@jpmchase.com May 02 2019 03:43:58     Chase Automotive Finance,
                P.O. Box 15594,    Wilmington, DE 19886-0001
13805083      +E-mail/Text: bankruptcy_notifications@ccsusa.com May 02 2019 03:45:11
                Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
13805084      +E-mail/Text: bankruptcy@kornerstonecredit.com May 02 2019 03:44:39     Crest Financial Serv,
                15 West Scenic Pointe,    Salt Lake City, UT 84020-6121
13805085      +E-mail/Text: bknotice@ercbpo.com May 02 2019 03:44:29     ERC/Enhanced Recovery Corp,
                8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13805086      +E-mail/Text: bankruptcies@jnrcollects.com May 02 2019 03:45:14     Jnr Adjustme,
                P.O. Box 27070,    Minneapolis, MN 55427-0070
13826574      +E-mail/Text: bankruptcy@philapark.org May 02 2019 03:45:10     Philadelphia Parking Authority,
                701 Market Street Suite 5400,    Philadelphia, PA 19106-2895
13882599       E-mail/Text: bnc-quantum@quantum3group.com May 02 2019 03:44:00
                Quantum3 Group LLC as agent for,    Galaxy Portfolios LLC,    PO Box 788,
                Kirkland, WA  98083-0788
13805100      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 02 2019 03:43:38
                Verizon,    500 Technology Dr,    Suite 500,    Weldon Spring, MO 63304-2225
13805101      +E-mail/Text: bankruptcydept@wyn.com May 02 2019 03:44:40     Wyndham Vacation Own,
                10750 W Charleston Blvd,    Las Vegas, NV 89135-1049
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13805093*     +Roi Services, Inc.,    P.O. Box 39,    Zebulon, NC 27597-0039
13805094*     +Roi Services, Inc.,    P.O. Box 39,    Zebulon, NC 27597-0039
13805095*     +Roi Services, Inc.,    P.O. Box 39,    Zebulon, NC 27597-0039
13805096*     +Roi Services, Inc.,    P.O. Box 39,    Zebulon, NC 27597-0039
13805097*     +Roi Services, Inc.,    P.O. Box 39,    Zebulon, NC 27597-0039
13805103*     +Xerox Soluti,    Pob 41818,    Philadelphia, PA 19101-1818
13805104*     +Xerox Soluti,    Pob 41818,    Philadelphia, PA 19101-1818
13805092    ##+Roi Services, Inc.,    P.O. Box 39,    Zebulon, NC 27597-0039
13805099    ##+Trident Asst,    5755 N Point Pkwy Suite 12,    Alpharetta, GA 30022-1136
                                                                                   TOTALS: 0, * 7, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Virginia              Page 2 of 2              Date Rcvd: May 01, 2019
                              Form ID: pdf900             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2019 at the address(es) listed below:

```
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DAVID M. OFFEN    on behalf of Debtor Reginald Rico Geter dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          MEGAN N. HARPER    on behalf of Creditor    City of philadelphia megan.harper@phila.gov,
           karena.blaylock@phila.gov
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| REGINALD RICO GETER, | : | |
| Debtor | : | Bky. No. 16-17148 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion Requesting that the Court Vacate the Prior Order Dismissing the Bankruptcy Case, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The court's Order dated **March 27, 2019 (Doc. #142 )** dismissing this bankruptcy case is **VACATED** and the above captioned bankruptcy case is **REINSTATED** effective upon the entry of this Order.

3. The Debtor shall serve a copy of this Order on all creditors and parties in interest and shall promptly thereafter file a Certification of Service.

**Date: May 1, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**