**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Reginald Rico Geter<br>　　　　　Debtor(s)<br><br>MIDFIRST BANK<br>　　　　v.<br>Reginald Rico Geter<br>　　　　and<br>William C. Miller Esq.<br>　　　　Trustee | Chapter 13<br><br>NO. 16-17148 ELF |

**ORDER**

　　AND NOW, this  6th  day of  April , 2020 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on   it is **ORDERED** that:

　　The automatic stay under 11 U.S.C. Sections 362 and 1301 are **MODIFIED** to allow MIDFIRST BANK and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1121 Knorr Street Philadelphia, PA 19111.

　　The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**

Reginald Rico Geter
1121 Knorr Street
Philadelphia, PA 19111

William C. Miller Esq.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

David M. Offen Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532