# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                Chapter 13

                                                Bankruptcy No. 16-17148-ELF

REGINALD RICO GETER

1121 KNORR STREET

PHILADELPHIA, PA 19111

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

REGINALD RICO GETER

1121 KNORR STREET

PHILADELPHIA, PA 19111

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

Date: 6/26/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee