United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Reginald Rico Geter  
    Debtor

Case No. 16-17148-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Sep 07, 2022      Form ID: 138OBJ      Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Reginald Rico Geter, 1121 Knorr Street, Philadelphia, PA 19111-4929 |
| 13805081 | + | Collateral Adjustments, 2924 West Avenue, Bristol, PA 19007-1610 |
| 13866766 | | JPMorgan Chase Bank, NA. National Bankruptcy Dept., PO BOX 29505 AZ 1-1191, Phoenix, AZ 85038-9505 |
| 13805087 | + | KML Law Group, Suite 5000 - BNY Independence Ctr., 701 Market Street, Philadelphia, PA 19106-1541 |
| 13805090 | + | Pallies Auto Sales I, 540a Delsea Dr, Sewell, NJ 08080-2827 |
| 13805092 | + | Roi Services, Inc., P.O. Box 39, Zebulon, NC 27597-0039 |
| 13805102 | + | Xerox Soluti, Pob 41818, Philadelphia, PA 19101-1818 |
| 13805091 | | philadelphia parking authority, 2467 grant avenue, Philadelphia, PA 19114-1004 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 07 2022 23:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 07 2022 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13805079 | | Email/Text: megan.harper@phila.gov | Sep 07 2022 23:53:00 | City of Philadelphia, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102 |
| 13805080 | | Email/Text: megan.harper@phila.gov | Sep 07 2022 23:53:00 | City of Philadelphia, Department of Revenue, PO Box 41496, Philadelphia, PA 19101-1496 |
| 13891003 | + | Email/Text: megan.harper@phila.gov | Sep 07 2022 23:53:00 | CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT, BANKRUPTCY GROUP - MSB, 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13805082 | + | Email/Text: convergent@ebn.phinsolutions.com | Sep 07 2022 23:53:00 | Convergent Outsourcing, 800 Sw 39th St, Renton, WA 98057-4927 |
| 13805083 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 07 2022 23:53:00 | Credit Collections Svc, Po Box 773, Needham, MA 02494-0918 |
| 13805084 | + | Email/Text: bankruptcy@kornerstonecredit.com | Sep 07 2022 23:53:00 | Crest Financial Serv, 15 West Scenic Pointe, Salt Lake City, UT 84020-6119 |
| 13805085 | + | Email/Text: bknotice@ercbpo.com | Sep 07 2022 23:53:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 13805077 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 08 2022 00:00:27 | Chase Auto Finance, National Bankruptcy Dept, 201 N Central Ave Ms Az1-1191, Phoenix, AZ 85004 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 07, 2022 | Form ID: 138OBJ | Total Noticed: 28 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 13805078 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 08 2022 00:00:11 | Chase Automotive Finance, P.O. Box 15594, Wilmington, DE 19886 |
| 13805086 | + | Email/Text: bankruptcies@jnrcollects.com | Sep 07 2022 23:53:00 | Jnr Adjustme, P.O. Box 27070, Minneapolis, MN 55427-0070 |
| 13805087 | ^ | MEBN | Sep 07 2022 23:48:42 | KML Law Group, Suite 5000 - BNY Independence Ctr., 701 Market Street, Philadelphia, PA 19106-1541 |
| 13845435 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 08 2022 00:00:19 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 13805088 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 08 2022 00:00:11 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 13805089 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 08 2022 00:00:27 | Midland Mtg/Midfirst, 999 Nw Grand Blvd, Oklahoma City, OK 73118-6051 |
| 13826574 | + | Email/Text: bankruptcy@philapark.org | Sep 07 2022 23:53:00 | Philadelphia Parking Authority, 701 Market Street Suite 5400, Philadelphia, PA 19106-2895 |
| 13882599 | | Email/Text: bnc-quantum@quantum3group.com | Sep 07 2022 23:53:00 | Quantum3 Group LLC as agent for, Galaxy Portfolios LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13805098 | | Email/Text: enotifications@santanderconsumerusa.com | Sep 07 2022 23:53:00 | Santander Consumer USA, P.O. Box 660633, Dallas, TX 75266-0633 |
| 13805100 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 07 2022 23:53:00 | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |
| 13805101 | + | Email/Text: bankruptcydept@wyn.com | Sep 07 2022 23:53:00 | Wyndham Vacation Own, 10750 W Charleston Blvd, Las Vegas, NV 89135-1049 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13805093 | *+ | Roi Services, Inc., P.O. Box 39, Zebulon, NC 27597-0039 |
| 13805094 | *+ | Roi Services, Inc., P.O. Box 39, Zebulon, NC 27597-0039 |
| 13805095 | *+ | Roi Services, Inc., P.O. Box 39, Zebulon, NC 27597-0039 |
| 13805096 | *+ | Roi Services, Inc., P.O. Box 39, Zebulon, NC 27597-0039 |
| 13805097 | *+ | Roi Services, Inc., P.O. Box 39, Zebulon, NC 27597-0039 |
| 13805103 | *+ | Xerox Soluti, Pob 41818, Philadelphia, PA 19101-1818 |
| 13805104 | *+ | Xerox Soluti, Pob 41818, Philadelphia, PA 19101-1818 |
| 13805099 | ##+ | Trident Asst, 5755 N Point Pkwy Suite 12, Alpharetta, GA 30022-1136 |

TOTAL: 0 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2022          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Reginald Rico Geter dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| MEGAN N. HARPER | on behalf of Creditor City of philadelphia megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| REBECCA ANN SOLARZ | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Reginald Rico Geter
       Debtor(s)

Case No: 16−17148−elf
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

          900 Market Street
          Suite 400
          Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/7/22

200 − 199
Form 138OBJ