United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 16-17148-mdc

Reginald Rico Geter  
    Debtor

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Apr 18, 2023      Form ID: 195      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Reginald Rico Geter, 1121 Knorr Street, Philadelphia, PA 19111-4929 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2023 at the address(es) listed below:**

**Name**      **Email Address**

BRIAN CRAIG NICHOLAS  
    on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

DAVID M. OFFEN  
    on behalf of Debtor Reginald Rico Geter dmo160west@gmail.com  
    davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

KENNETH E. WEST  
    ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD  
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER  
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

MEGAN N. HARPER  
    on behalf of Creditor City of philadelphia megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Apr 18, 2023 Form ID: 195 Total Noticed: 1

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Reginald Rico Geter                                         : Case No. 16−17148−mdc
      Debtor(s)

***ORDER***
_____

    AND NOW, this day , April 18, 2023 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

209
Form 195